IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Banking Association,<br><br>    Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) concerning David M. Halbreich, filed November 15, 2010. Mr. Halbreich seeks to appear as counsel *pro hac vice* for Plaintiff Bank of America, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Halbreich is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Bank of America, N.A.

Signed: November 16, 2010

David C. Keesler
United States Magistrate Judge