IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-553-GCM-DCK

BANK OF AMERICA, N.A., a National
Banking Association,

    Plaintiff,

v.

OLD REPUBLIC INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning John N. Ellison, filed November 15, 2010. Mr. Ellison seeks to appear as counsel *pro hac vice* for Plaintiff Bank of America, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Ellison is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Bank of America, N.A.

Signed: November 16, 2010

_____
David C. Keesler
United States Magistrate Judge