# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Banking Association,<br><br>　　Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning Traci S. Rea, filed November 15, 2010. Ms. Rea seeks to appear as counsel *pro hac vice* for Plaintiff Bank of America, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Rea is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Bank of America, N.A.

Signed: November 16, 2010

_____
David C. Keesler
United States Magistrate Judge