IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-553-GCM-DCK

BANK OF AMERICA, N.A., a National
Banking Association,

    Plaintiff,

v.                                          ORDER

OLD REPUBLIC INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 58) concerning Ursula A. Taylor, filed January 3, 2012. Ms. Taylor seeks to appear as counsel *pro hac vice* for Defendant Old Republic Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Taylor is admitted to appear before this court *pro hac vice* on behalf of Defendant Old Republic Insurance Company.

    Signed: January 3, 2012

    David C. Keesler
    United States Magistrate Judge