IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Bank Of America, N.A.'s Motion For Leave To File Under Seal" (Document No. 77) filed March 26, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Bank Of America, N.A.'s Motion For Leave To File Under Seal" (Document No. 77) is **GRANTED**.

Signed: March 27, 2012

David C. Keesler
United States Magistrate Judge