IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Old Republic Insurance Company's Motion For Leave To File Its Reply In Support Of Its Motion to Compel Under Seal" (Document No. 81) filed April 4, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** "Defendant Old Republic Insurance Company's Motion For Leave To File Its Reply In Support Of Its Motion to Compel Under Seal" (Document No. 81) is **GRANTED**.

Signed: April 5, 2012

David C. Keesler
United States Magistrate Judge