IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., a National Banking Association,<br><br>　　Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 89) concerning Albert E. Fowerbaugh, Jr., filed May 10, 2012. Mr. Fowerbaugh seeks to appear as counsel *pro hac vice* for Defendant Old Republic Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Fowerbaugh is admitted to appear before this court *pro hac vice* on behalf of Defendant Old Republic Insurance Company.

Signed: May 10, 2012

David C. Keesler
United States Magistrate Judge