IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV553

BANK OF AMERICA, N.A., )
)
    Plaintiff, )
)
vs. ) ORDER
)
OLD REPUBLIC INSURANCE )
COMPANY, )
)
    Defendant. )
_____)

    This matter is before the court upon its own motion. It appears that Judge Keesler has entered an Order denying Defendant's Motion to Compel. The parties are therefore directed to confer in light of that ruling and report back to the undersigned in writing no later than thirty days from the date of entry of his Order.

    IT IS SO ORDERED.

Signed: May 17, 2012

Graham C. Mullen
United States District Judge