IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 104) concerning Melissa Anne Meth, filed October 16, 2012. Ms. Meth seeks to appear as counsel *pro hac vice* for Plaintiff Bank of America, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Meth is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Bank of America, N.A.

Signed: October 16, 2012

David C. Keesler
United States Magistrate Judge