IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, NA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Bank of America, N.A.'s Unopposed Motion for Leave to File…" (Document No. 135) filed January 10, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting that Defendant does not oppose the relief requested in the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE ORDERED** that "Bank of America, N.A.'s Unopposed Motion for Leave to File…" (Document No. 135) is **GRANTED.** Plaintiff's proposed Motion for Protective Order may be filed under seal.

Signed: January 10, 2013

David C. Keesler
United States Magistrate Judge