IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, NA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion For Leave to File Its Motion To Compel Production Of Documents And Motion For Sanctions Under Seal" (Document No. 138) filed January 11, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff does not oppose this motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE ORDERED** that "Defendant's Unopposed Motion For Leave to File Its Motion To Compel Production Of Documents And Motion For Sanctions Under Seal" (Document No. 138) is **GRANTED.** Defendant's proposed motion(s) to compel and for sanctions may be filed under seal.

Signed: January 14, 2013

David C. Keesler
United States Magistrate Judge