## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:10-CV-553-GCM-DCK

| | | |
|---|---|---|
| **BANK OF AMERICA, NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **OLD REPUBLIC INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 152) filed by Robert R. Marcus, concerning Catherine Eleanor Isely on January 24, 2013. Ms. Catherine Eleanor Isely seeks to appear as counsel *pro hac vice* for Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 152) is **GRANTED.**  Ms. Catherine Eleanor Isely is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 24, 2013

David C. Keesler
United States Magistrate Judge