IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, NA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff "Bank of America, N.A.'s Unopposed Motion For Leave…" (Document No. 180) filed February 11, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting that Defendant does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff "Bank of America, N.A.'s Unopposed Motion For Leave…" (Document No. 180) is **GRANTED**.

Signed: February 12, 2013

David C. Keesler
United States Magistrate Judge