IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK

| | |
|---|---|
| BANK OF AMERICA, NA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLD REPUBLIC INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Bank Of America, N.A.'s Unopposed Motion For Leave To File … Under Seal" (Document No. 197) filed March 14, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and the record, and noting that Defendant does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Bank Of America, N.A.'s Unopposed Motion For Leave To File … Under Seal" (Document No. 197) is **GRANTED**.

Signed: March 15, 2013

David C. Keesler
United States Magistrate Judge