**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-553-GCM-DCK**

| | | |
|---|---|---|
| **BANK OF AMERICA, NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **OLD REPUBLIC INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on "Bank Of America, N.A.'s Unopposed Motion For Leave To File … Under Seal" (Document No. 204) filed March 15, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting Defendant does not oppose the motion, the undersigned will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that "Bank Of America, N.A.'s Unopposed Motion For Leave To File … Under Seal" (Document No. 204) is **GRANTED**.

           Signed: March 18, 2013

          David C. Keesler
          United States Magistrate Judge