IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, </br></br> Plaintiff, </br></br> v. </br></br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, </br></br> Defendant. | Case No. 3:10-cv-553-GCM-DCK </br></br></br> **ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to the Protective Order issued by this Court on March 7, 2011, **IT IS HEREBY ORDERED** that Defendant Old Republic Insurance Company's Motion for Leave to File Its Responses in Opposition to Bank of America's Motions for Partial Summary Judgment Under Seal is **GRANTED**.

**SO ORDERED**.

Signed: April 13, 2013

David S. Cayer
United States Magistrate Judge