# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendant. | Case No. 3:10-cv-553-GCM-DSC <br><br> **ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to the Protective Order entered by this Court on March 7, 2011, **IT IS HEREBY ORDERED** that Defendant Old Republic Insurance Company's "Motion for Leave to File Its Objection … Under Seal" (document #228) is **GRANTED**.

**SO ORDERED**.

Signed: May 1, 2013

David S. Cayer
United States Magistrate Judge