# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| BANK OF AMERICA, N.A., a national banking association, | ) ) ) | Case No. 3:10-cv-553-GCM-DSC |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Protective Order entered by this Court on March 7, 2011, **IT IS HEREBY ORDERED** that Plaintiff's "Unopposed Motion for Leave to File Unredacted Reply Briefs … Under Seal" (document #231) is **GRANTED**.

**SO ORDERED**.

Signed: May 1, 2013

David S. Cayer
United States Magistrate Judge