IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv553

| BANK OF AMERICA, N.A. | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| Vs. | ) | ORDER |
| OLD REPUBLIC INSURANCE COMPANY, | ) |  |
| Defendant. | ) |  |

This matter is before the Court upon its own motion. A hearing is scheduled on Plaintiff's motions for partial summary judgment on August 22. Oral argument in these motions will proceed in the following order:

1) Plaintiff's Motion for Partial Summary Judgment on Old Republic Insurance Company's Third Further Affirmative Defense (Dkt. # 200)

2) Plaintiff's Motion for Partial Summary Judgment regarding the Governing Terms of Old Republic's Insurance Policy (Dkt. #198)

3) Plaintiff's Motion for Partial Summary Judgment on Elapse of Claim Filing Date and "Missing" Documents (Dkt. #206)

4) Plaintiff's Motion for Partial Summary Judgment on Appraisals and Certain Supporting Papers (Dkt. #207)

5) Plaintiff's Motion for Partial Summary Judgment on Prohibition on Use of New Information not Known by the Bank's Underwriters to Deny Coverage (Dkt. #192)

The Court has allocated the bulk of the day, if needed, to hear argument on these motions and anticipates ruling from the bench.

The parties are directed to confer and be prepared to provide the Court with dates they will be available for a pre-trial conference. Given the Court's heavy trial schedule in September and October, the parties should expect that deadlines for pre-trial filings such as trial briefs and proposed jury instructions will be accelerated.

IT IS SO ORDERED.

Signed: August 19, 2013

Graham C. Mullen
United States District Judge