IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv553

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| OLD REPUBLIC INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter is before the Court upon Plaintiff's Motion for Partial Summary Judgment on Old Republic Insurance Company's Third Further Affirmative Defense (Dkt. # 200); Plaintiff's Motion for Partial Summary Judgment regarding the Governing Terms of Old Republic's Insurance Policy (Dkt. #198); Plaintiff's Motion for Partial Summary Judgment on Elapse of Claim Filing Date and "Missing" Documents (Dkt. #206); Plaintiff's Motion for Partial Summary Judgment on Appraisals and Certain Supporting Papers (Dkt. #207); and Plaintiff's Motion for Partial Summary Judgment on Prohibition on Use of New Information not Known by the Bank's Underwriters to Deny Coverage (Dkt. #192). A hearing was held on Plaintiff's motions for partial summary judgment on August 22, 2013. For the reasons stated in open court, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Partial Summary Judgment on Old Republic Insurance Company's Third Further Affirmative Defense (Dkt. # 200) is GRANTED;

2. Plaintiff's Motion for Partial Summary Judgment regarding the Governing Terms of Old Republic's Insurance Policy (Dkt. #198) is GRANTED;

3. Plaintiff's Motion for Partial Summary Judgment on Elapse of Claim Filing Date and "Missing" Documents (Dkt. #206) is GRANTED;

4. Plaintiff's Motion for Partial Summary Judgment on Appraisals and Certain Supporting Papers (Dkt. #207) is GRANTED; and

5. Plaintiff's Motion for Partial Summary Judgment on Prohibition on Use of New Information not Known by the Bank's Underwriters to Deny Coverage (Dkt. #192) is GRANTED.

Signed: August 22, 2013

Graham C. Mullen
United States District Judge