IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv553

| | |
|---|---|
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OLD REPUBLIC INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon its motion. As the parties have been made aware, due to a heavy upcoming trial schedule, the Court must expedite pre-trial filings. Accordingly, all pre-trial filings, including trial briefs, proposed jury issues, proposed jury instructions, motions in limine and deposition designations are to be filed with the Court no later than September 23, 2013.

Furthermore, the Court will hold a pre-trial conference in this matter on September 5, 2013, at 2:30 p.m. in courtroom #3.

IT IS SO ORDERED.

Signed: August 26, 2013

Graham C. Mullen
United States District Judge