IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>Defendant. | Case No.: 03:10-cv-00553-GCM-DSC<br><br>ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE EXHIBIT TO PRETRIAL STATUS CONFERENCE MEMORANDUM RE EFFECT OF SUMMARY JUDGMENT RULINGS ON TRIAL AND ADDITIONAL EVIDENTIARY PROPOSALS UNDER SEAL<br><br>Date:  September 5, 2013<br>Time:  2:30 p.m. EST<br>Courtroom:  3 [Hon. Graham C. Mullen] |

Pursuant to the Protective Order issued by this Court on March 7, 2011, it is hereby ordered that Plaintiff Bank of America, N.A.'s Motion for Leave to File Exhibit to Pretrial Status Conference Memorandum Re Effect of Summary Judgment Rulings on Trial and Additional Evidentiary Proposals Under Seal (Docket Entry 267) is **GRANTED**.

**SO ORDERED**.

Signed: September 4, 2013

_____
David S. Cayer
United States Magistrate Judge