# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,**<br><br>Plaintiff,<br>vs.<br>**OLD REPUBLIC INSURANCE COMPANY,**<br>Defendant. | Case No.: 03:10-cv-00553-GCM-DSC<br><br>**ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE BRIEFS AND SUPPORTING DOCUMENTS RE MOTIONS FOR ADMINISTRATIVE RELIEF UNDER SEAL**<br><br>**Magistrate Judge David S. Cayer** |

IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Motion for Leave to File Briefs and Supporting Documents Re Motions for Administrative Relief Under Seal is GRANTED.

**SO ORDERED**.

Signed: September 16, 2013

_____
David S. Cayer
United States Magistrate Judge