# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** | **Case No.: 03:10-cv-00553-GCM-DSC** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **OLD REPUBLIC INSURANCE COMPANY,** | |
| **Defendant.** | |

Pursuant to the Protective Order issued on March 7, 2011, IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Motion for Leave to File the Stipulation Regarding Bellwether Claims under Seal is GRANTED.

**SO ORDERED**.

Signed: September 17, 2013

_____
David S. Cayer
United States Magistrate Judge

US_ACTIVE-114323772.1