# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> OLD REPUBLIC INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:10-cv-00553-GCM-DSC <br><br> ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO FILE AN AMENDED COUNTERCLAIM AND CERTAIN SUPPORTING PAPERS UNDER SEAL |

IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Unopposed Motion for Leave to File Its Opposition to Old Republic's Motion to File an Amended Counterclaim and certain supporting papers under seal is GRANTED.

**SO ORDERED**.

Signed: September 19, 2013

_____
David S. Cayer
United States Magistrate Judge