# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,**<br><br>Plaintiff,<br>vs.<br><br>**OLD REPUBLIC INSURANCE COMPANY,**<br>Defendant. | Case No.: 03:10-cv-00553-GCM-DSC<br><br>**ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE REPLY BRIEF AND SUPPORTING DOCUMENTS FOR ADMINISTRATIVE RELIEF UNDER SEAL** |

IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Motion for Leave to File Reply Brief and Supporting Documents for Administrative Relief under Seal is GRANTED.

**SO ORDERED**.

Signed: September 24, 2013

David S. Cayer
United States Magistrate Judge