UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-553

| | | |
|---|---|---|
| **BANK OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **OLD REPUBLIC INSURANCE CO.,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on its own motion. Parties are directed to appear for a status conference in Courtroom #3 on **December 11, 2013 at 10:30 a.m.**

SO ORDERED.

Signed: September 26, 2013

Graham C. Mullen
United States District Judge