UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-553

| | |
|---|---|
| BANK OF AMERICA, )<br>     **Plaintiff,** )<br>           )<br>v.           )<br>           )<br>OLD REPUBLIC INSURANCE CO., )<br>     **Defendant.** ) | O R D E R |

THIS MATTER is before the Court on its own motion. The status conference originally scheduled for December 11, 2013 is hereby **RE-SET for December 10, 2013 at 10:30 a.m.** Parties are directed to appear for this status conference in Courtroom #3.

SO ORDERED.

Signed: October 2, 2013

Graham C. Mullen
United States District Judge