# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** Plaintiff, vs. **OLD REPUBLIC INSURANCE COMPANY,** Defendant. | Case No.: 3:10-cv-00553-GCM-DSC ORDER |

Pursuant to the Protective Order issued on March 7, 2011, **IT IS HEREBY ORDERED** that Plaintiff Bank of America, N.A.'s Motion to Seal Portions of the Transcript of Motion Hearing held on August 22, 2013 before Senior District Judge Graham C. Mullen (Dkt. 269.) is **GRANTED**. The Court finds that sealing the entire Transcript is more practical than sealing portions of it. The Clerk is directed to seal the Transcript of Motion Hearing held on August 22, 2013. (document #269).

**SO ORDERED.**

Signed: October 7, 2013

_____
David S. Cayer
United States Magistrate Judge