**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-553**

| | | |
|---|---|---|
| **BANK OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **OLD REPUBLIC INSURANCE CO.,** | ) | |
| **Defendant.** | ) | |

 

THIS MATTER is before the Court on its own motion. The status conference originally scheduled for December 10, 2013 is hereby **RE-SET for January 21, 2013 at 4:00 p.m.** Parties are directed to appear for this status conference in Courtroom #3.

SO ORDERED.

Signed: November 19, 2013

Graham C. Mullen
United States District Judge