IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv553

| | |
|---|---|
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OLD REPUBLIC INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon its own motion. A motions hearing and status conference has been scheduled for January 29, 2014. It appears to the Court that the parties may need a period of time after the Court rules on the pending motions to confer and to determine what impact the rulings will have on the trial in this case. Accordingly, the Court will hold the status conference in this matter on February 12, 2014 at 2:00 p.m. Counsel may opt to appear telephonically for the status conference, but should inform the Court in advance should they wish to do so.

Signed: January 22, 2014

Graham C. Mullen
United States District Judge