**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-553-GCM**

| | | |
|---|---|---|
| **BANK OF AMERICA, NA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **OLD REPUBLIC INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Pursuant to the discussion at the February 25, 2014, status conference, the parties are directed to participate in a Judicial Settlement Conference with Magistrate Judge David Keesler. The above captioned matter is hereby referred to Magistrate Judge David Keesler for a Judicial Settlement Conference. Parties are directed to contact the Chambers of Judge Keesler at 704-350-7430 to schedule the conference.

SO ORDERED.

Signed: March 6, 2014

Graham C. Mullen
United States District Judge