UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> OLD REPUBLIC INSURANCE COMPANY, <br><br> Defendant. | Case No.: 03:10-cv-00553-GCM-DSC <br><br> ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING IMPROPER OFFSETS FOR CLAIM PAYMENTS |

     This matter is before the Court upon Plaintiff's Motion for Administrative Relief Regarding Improper Offsets for Claim Payments (Doc. No. 280). Oral argument was held in this matter on February 4, 2014. For the reasons stated in open court,

     IT IS THEREFORE ORDERED that Plaintiff's motion is hereby GRANTED and Old Republic is directed to cease its practice of reducing its claim payments to Bank of America by deducting amounts Old Republic claims the Plaintiff owes on entirely different loans, for which Old Republic previously paid claims.

Signed: March 11, 2014

*[signature]*

Graham C. Mullen
United States District Judge