# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, ) ) ) Plaintiff, ) ) v. ) ) ) OLD REPUBLIC INSURANCE COMPANY, a ) Pennsylvania corporation, ) ) Defendant. ) | Case No. 3:10-cv-553-GCM-DSC<br><br>**ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |

PURSUANT TO THE PROTECTIVE ORDER ISSUED BY THIS COURT ON MARCH 7, 2011, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Confidential Materials Under Seal is GRANTED.

**SO ORDERED**.

Signed: April 9, 2014

David S. Cayer
United States Magistrate Judge