# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-553-GCM-DSC

| | |
|---|---|
| BANK OF AMERICA, NA, a national banking association, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 350) of the Honorable Graham C. Mullen, a Judicial Settlement Conference has been scheduled.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 9:00 a.m. beginning Tuesday, June 24, 2014 through Wednesday, June 25, 2014 at 5:30 p.m., in Courtroom #1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #1 and its attached conference rooms and jury deliberation room on these dates for this purpose.

**SO ORDERED**.

Signed: April 16, 2014

David C. Keesler
United States Magistrate Judge