IN TH UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, )<br><br>Plaintiff, )<br><br>v. )<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, )<br><br>Defendant. ) | Case No. 3:10-cv-553-GCM-DSC<br><br>**ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |

PURSUANT TO THE PROTECTIVE ORDER ISSUED BY THIS COURT ON MARCH 7, 2011, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Confidential Materials Under Seal is GRANTED.

**SO ORDERED.**

_____
David S. Cayer
United States Magistrate Judge