IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                 Plaintiff,<br>vs.<br>OLD REPUBLIC INSURANCE COMPANY,<br>                 Defendant. | Case No.: 03:10-cv-00553-GCM-DSC<br><br>ORDER GRANTING BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON SELECTED COVERAGE CLAIMS [CHAVEZ LOAN] PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE UNDER SEAL |

      Pursuant to the Protective Order issued by the Court on March 7, 2011, IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Unopposed Motion for Leave to File Unredacted Brief in Support of Motion for Partial Summary Judgment on Selected Coverage Claims [Chavez Loan] Pursuant to Rule 56 of the Federal Rules of Civil Procedure Under Seal is GRANTED.

      **SO ORDERED**.

Signed: May 5, 2014

_____
David S. Cayer
United States Magistrate Judge

US_ACTIVE-117417383.1