# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-00553-GCM-DSC

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OLD REPUBLIC INSURANCE COMPANY, A PENNSYLVANIA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Julie Rodriguez Aldort, James Andrew Morsch and Ira J. Belcove ] (documents # 371, 372 and 374) filed May 2, 2014. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: May 5, 2014

David S. Cayer
United States Magistrate Judge