# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** | Case No.: **03:10-cv-00553-GCM-DSC** |
| **Plaintiff,** | |
| vs. | **ORDER GRANTING BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR LEAVE TO FILE BANK OF AMERICA, N.A.'S UNREDACTED BRIEF IN OPPOSITION TO OLD REPUBLIC INSURANCE COMPANY'S RULE 54(b) MOTION TO RECONSIDER AND RULE 15 MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES UNDER SEAL** |
| **OLD REPUBLIC INSURANCE COMPANY,** **Defendant.** | |

Pursuant to the Protective Order issued by the Court on March 7, 2011, IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Unopposed Motion for Leave to File Unredacted Brief in Opposition to Old Republic Insurance Company's Rule 54(b) Motion to Reconsider and Rule 15 Motion for Leave to File Amended Answer and Affirmative Defenses Under Seal is GRANTED.

**SO ORDERED**.

Signed: May 13, 2014

_____

David S. Cayer
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 12th day of May 2014, I caused the

foregoing  [PROPOSED] ORDER GRANTING BANK OF AMERICA, N.A.'S UNOPPOSED

MOTION FOR LEAVE TO FILE BANK OF AMERICA, N.A.'S UNREDACTED BRIEF IN

OPPOSITION TO OLD REPUBLIC INSURANCE COMPANY'S RULE 54(b) MOTION TO

RECONSIDER AND RULE 15 MOTION FOR LEAVE TO FILE AMENDED ANSWER AND

AFFIRMATIVE DEFENSES UNDER SEAL to be filed electronically with the Clerk of Court

using the CM/ECF System, which will send notice electronically of such filing to counsel of

record.

Date:   May 12, 2014

/s/ Amber Finch
David M. Halbreich (admitted pro hac vice)
Amber Finch (admitted pro hac vice)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
dhalbreich@reedsmith.com

David E. Weiss (admitted pro hac vice)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
dweiss@reedsmith.com

G. Michael Barnhill
Debbie W. Harden
Meredith J. McKee
WOMBLE CARLYLE SANDRIDGE & RICE
A Limited Liability Partnership
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4900

Attorneys for Plaintiff
BANK OF AMERICA, N.A.