IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:10-CV-00553-GCM-DSC

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>        Defendant. | **ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR LEAVE TO FILE UNREDACTED EXHIBIT D TO MOTION FOR PROTECTIVE ORDER UNDER SEAL** |

Pursuant to Protective Order issued by the Court on March 7, 2011, IT IS HEREBY ORDERED that Plaintiff Bank of America N.A.'s Motion for Leave to File Unredacted Exhibit D to the Motion for Protective Order Under Seal is hereby GRANTED.

**SO ORDERED**.

Signed: May 22, 2014

_____
David S. Cayer
United States Magistrate Judge