# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, ) ) ) Plaintiff, ) ) v. ) ) ) OLD REPUBLIC INSURANCE COMPANY, a ) Pennsylvania corporation, ) ) Defendant. ) | Case No. 3:10-cv-553-GCM-DSC<br><br>**ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION TO REMOVE DOCUMENT FROM PUBLIC RECORD AND FOR LEAVE TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |

PURSUANT TO THE PROTECTIVE ORDER ISSUED BY THIS COURT ON MARCH 7, 2011, IT IS HEREBY ORDERED that Defendant's Motion to Remove Document from Public Record and for Leave to File Confidential Materials Under Seal is GRANTED.

**SO ORDERED**.

Signed: May 23, 2014

David S. Cayer
United States Magistrate Judge