# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, ) ) ) Plaintiff, ) ) v. ) ) OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, ) ) ) Defendant. ) | Case No. 3:10-cv-553-GCM-DSC  **ORDER GRANTING MOTIONS TO SEAL** |

**THIS MATTER** is before the Court on the parties' respective "Motion[s] to Seal" (documents ##404, 407, 409, 411, and 413). For the reasons stated therein, the Motions are **GRANTED.**

**SO ORDERED**.

Signed: May 27, 2014

David S. Cayer
United States Magistrate Judge