# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, | Case No. 3:10-cv-553-GCM-DSC |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendant. | |

PURSUANT TO THE PROTECTIVE ORDER ISSUED BY THIS COURT ON MARCH 7, 2011, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Confidential Materials Under Seal is GRANTED.

**SO ORDERED**.

Signed: May 30, 2014

David S. Cayer
United States Magistrate Judge