**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., a national banking association, | ) ) ) | Case No. 3:10-cv-553-GCM-DSC |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING DEFENDANT OLD REPUBLIC INSURANCE COMPANY'S** |
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) | **MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |
| Defendant. | ) | |

PURSUANT TO THE PROTECTIVE ORDER ISSUED BY THIS COURT ON

MARCH 7, 2011, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File

Confidential Materials Under Seal is GRANTED.

**SO ORDERED**.

Signed: June 2, 2014

_____

David S. Cayer
United States Magistrate Judge