IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY,<br><br>Defendant. | Case No.: 03:10-cv-00553-GCM-DSC<br><br>ORDER GRANTING BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED BRIEF IN OPPOSITION TO OLD REPUBLIC INSURANCE COMPANY'S MOTION TO COMPEL 30(B)(6) DEPOSITION UNDER SEAL |

Pursuant to the Protective Order entered by the Court on March 7, 2011, IT IS HEREBY ORDERED that Plaintiff Bank of America, N.A.'s Unopposed Motion for Leave to File Unredacted Brief in Opposition to Old Republic Insurance Company's Motion to Compel 30(b)(6) Deposition Under Seal is GRANTED.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge

US_ACTIVE-117818233.1