# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, | Case No. 3:10-cv-553-GCM-DSC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendant. | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Seal" (document #436).

For the reasons stated therein, the Motion is **GRANTED.**

    **SO ORDERED**.

Signed: June 11, 2014

_____
David S. Cayer
United States Magistrate Judge