# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, ) ) ) Plaintiff, ) ) v. ) ) OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, ) ) ) Defendant. ) | Case No. 3:10-cv-553-GCM-DSC<br><br>**ORDER GRANTING MOTION TO SEAL** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Seal" (document #450).

For the reasons stated therein, the Motion is **GRANTED.**

**SO ORDERED**.

Signed: June 11, 2014

David S. Cayer
United States Magistrate Judge