# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, )<br>)<br>Defendant. ) | Case No. 3:10-cv-553-GCM-DSC<br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendant's "Motion for Leave to File a Surreply …" (document #476).

Having conferred with the chambers of the Honorable Graham C. Mullen, the Motion is **GRANTED.**

**SO ORDERED**.

Signed: June 20, 2014

David S. Cayer
United States Magistrate Judge