# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association, ) ) ) | Case No. 3:10-cv-553-GCM-DSC |
| Plaintiff, ) ) | **ORDER GRANTING** |
| v. ) ) | **MOTIONS TO SEAL** |
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation, ) ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' respective "Motion[s] to Seal" (documents ##480 and 482). For the reasons stated therein, the Motions are **GRANTED.**

**SO ORDERED**.

Signed: June 23, 2014

_____
David S. Cayer
United States Magistrate Judge